UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERNEST A. BAGIENSKI,<br>      Plaintiff,<br><br>   vs.<br><br>MADISON COUNTY, INDIANA, JOHN RICHWINE, in his official capacity, and PATRICIA DILLION, in her official capacity,<br>      Defendants. | )<br>)<br>)<br>)   1:05-cv-1578-SEB-JMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**FINAL JUDGMENT**

Pursuant to the Court's entry of this date <u>GRANTING</u> Defendants' Motion for Summary Judgment on Count I of Plaintiff's Complaint, final judgment is entered in favor of Defendants and against the Plaintiff on this Count. The remaining unresolved state law breach of employment agreement in Count II is <u>REMANDED</u> to the Madison Superior Court. IT IS SO ORDERED.

Date:   04/30/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Timothy Sean Lanane
tslanane@sbcglobal.net

Ronald J. Semler
STEPHENSON MOROW & SEMLER
rsemler@stephlaw.com

James S. Stephenson
STEPHENSON MOROW & SEMLER
jstephenson@stephlaw.com